Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Susan Hastings,<br><br>         Plaintiff,<br>   v.<br><br>Local Tap House LLC,<br><br>         Defendant. | Case No. 3:24-cv-00680-BAS-DEB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Laura Susan Hastings hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 45 days from today's date.

Respectfully submitted,

Dated: May 30, 2024

Law Office of Rick Morin, PC

*/s/ Richard Morin*
_____
By: Richard Morin
Attorneys for Plaintiff