UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SUSAN HASTINGS,<br><br>  Plaintiff,<br><br>  v.<br><br>LOCAL TAP HOUSE LLC,<br><br>  Defendant. | Case No. 24-cv-0680-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 11)** |

Before this Court is the parties' request to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2). (ECF No. 11.) Under Rule 41(a)(2), a plaintiff may request a court order for dismissal "on terms that the court considers proper." Here, the parties have stipulated to dismissal with prejudice. (ECF No. 11 at 1.)

A dismissal is without prejudice unless the parties stipulate otherwise. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the parties have stipulated otherwise. (*See* ECF No. 11 at 1.)

Having considered the parties' request, the Court **GRANTS** the Joint Motion. (*Id.*) Thus, the Court **DISMISSES WITH PREJUDICE** the instant action. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

**DATED: August 13, 2024**

Hon. Cynthia Bashant
United States District Judge

- 1 -

24cv0680